MARGARET CAVEN, as Administratrix of MARIA FORGIE, Deceased, Appellant, *v.* THE CITY OF TROY, Respondent.

(Argued April 1, 1902; decided April 15, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 22, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*James Lansing* for appellant.

*Thomas S. Fagan, Corporation Counsel,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, BARTLETT, HAIGHT and MARTIN, JJ. Absent: PARKER, Ch. J., and VANN, J.

---

LOUIS C. RAEGENER, as Receiver of the EQUITABLE MUTUAL FIRE INSURANCE COMPANY OF NEW YORK, Respondent, *v.* HENRY C. BAINBRIDGE et al., Composing the Firm of CHARLES T. BAINBRIDGE'S SONS, Appellants.

*Raegener* v. *Bainbridge,* 48 App. Div. 633, affirmed.
(Argued April 1, 1902; decided April 15, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1900, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Archibald C. Shenstone* for appellants.

*Alfred A. Cook* and *Leopold Wallach* for respondent.

Judgment affirmed, with costs, on the authority of *Raegener* v. *Hubbard* (167 N. Y. 301); no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and MARTIN, JJ. Absent: VANN, J.